

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

May 19, 2022

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/19/2022
```

VIA ECF
Hon. Gregory H. Woods
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

**MEMORANDUM ENDORSED**

    **Re:  *Isatou Sarr v. Garland, et al.*, No. 22 Civ. 2148 (GHW)**

Dear Judge Woods:

    This Office represents the government in this action in which the plaintiff seeks an order compelling U.S. Citizenship and Immigration Services ("USCIS") to adjudicate a Refugee/Asylee Relative Petition (Form I-730).  On behalf of the government, I write respectfully to request a sixty-day extension of the time to respond to the complaint (*i.e.*, from May 23, 2022, to July 22, 2022).  In addition, I respectfully request that the initial pretrial conference presently scheduled for June 9, 2022, be rescheduled for a date during the week of August 15, 2022, or thereafter (with a corresponding extension of time for the preconference submission).  *See* ECF No. 13.[1]

    I respectfully request this extension because USCIS is transferring the file to the appropriate location for review and needs additional time to determine next steps, which may include a Request for Evidence, Notice of Intent to Deny, or other adjudicatory action.  This is the government's first request for an extension of the deadline to respond to the complaint and an adjournment of the initial conference.  Plaintiff consents to these requests.

---

[1] Counsel for the government will not be available from August 5, 2022, through August 12, 2022.

I thank the Court for its consideration of this letter.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:   <u>s/ *Jacqueline Roman*</u>
JACQUELINE ROMAN
Special Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone: (347) 714-3363
E-mail: jacqueline.roman@usdoj.gov
*Attorney for Defendants*

cc: Counsel of record (via ECF)

Defendant's application for an extension of time to answer or otherwise respond to the complaint and to adjourn the initial pretrial conference, Dkt. No. 18, is granted. The deadline for defendant to answer or otherwise respond to the complaint is extended to July 22, 2022. The initial pretrial conference scheduled for June 9, 2022 is adjourned to August 23, 2022 at 3:00 p.m. The joint status letter described in the Court's March 16, 2022 order is due no later than August 16, 2022.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 18.

SO ORDERED.

Dated: May 19, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge